IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORI PAULINE WHITESHIELD,<br><br>Defendant. | CR 24-62-BLG-SPW<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on August 12, 2024. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 12, 2024 (Doc. 27). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 27) are ADOPTED IN FULL, and Defendant's plea of guilty to the Superseding Information charging her with a Class A Misdemeanor is accepted. This case has been referred to Magistrate Judge Timothy J. Cavan for sentencing (Doc. 28).

1

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 25th day of September, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge